MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAMALI TAYLOR (CABN 262489)
MARC WOLF (CABN 254495)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758
   Facsimile: (415) 436-6753
   E-Mail: damali.taylor@usdoj.gov; marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>DAVID MARTINEZ and SAMUEL TEWOLDE, *et al.*,<br><br>    Defendants. | NO. CR-13-0794-WHA<br><br>MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF GOVERNMENT'S OPPOSITIONS TO DEFENDANTS MARTINEZ'S AND TEWOLDE'S MOTIONS TO SUPPRESS AND PROPOSED ORDER |

I, Marc Price Wolf, declare as follows:

1. I am a Special Assistant United States Attorney in the Office of Melinda Haag, United States Attorney for the Northern District of California. I am currently assigned to the Strike Force/Organized Crime Unit of the Criminal Division. I am one of the attorneys assigned to the prosecution of the above-captioned matter. Because some of the information contained therein could expose confidential information pertaining to witnesses, I respectfully make this request for leave to file the following exhibits under seal, pursuant to Criminal Local Rule 56-1.

    a. Exhibit A to the John McCutcheon Declaration (VSP-00004310 through VSP-0004313)

    b. Exhibit B to the John McCutcheon Declaration (VSP-0004277 through VSP-0004309)

2. These exhibits were provided to the defense in discovery. Exhibit A includes the information about the parole status of defendant Tewolde; and Exhibit B includes arrest and incident reports which are relevant to Tewolde's motion to suppress.

3. These materials contain identifying information pertaining to civilian witnesses whose identities are partially protected in materials provided by the government.

4. These Exhibit are the type of document that is appropriate for filing under seal under the local rules for the Northern District of California.

WHEREFORE, the government respectfully requests this Court to grant this motion to file under seal.

DATED: July 29, 2014                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        By:      /s/
                                        MARC PRICE WOLF
                                        Special Assistant United States Attorney

2

## **ORDER**

Upon motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that the United States may file under seal copies of Exhibits A and B to the Declaration of John McCutcheon in Support of the United States' Opposition to Defendant Martinez's and Tewolde's Motions to Suppress.

IT IS SO ORDERED.

Dated: July 31, 2014.

Honorable William H. Alsup
United States District Judge

3