**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAVID ANDREW MARTINEZ,
EDMUND DESHAWN DENEILIOM,
RUBEN ALEJANDRO QUIROZ, CESAR
CASTELLANOS, LUCIO LERENZO
MENDOZA, SAMUEL TEWOLDE,
KALIN CARELL, and ANDREW
HILL-PICCOLA,

    Defendants.
                               /

No. CR 13-00794 WHA

**ORDER REQUIRING
DISCLOSURES FROM THE
PARTIES AND RESPONSES TO
THE MOTIONS *IN LIMINE***

In reviewing the submitted motions *in limine*, the undersigned judge requests that the parties please submit all Rule 16 disclosures on all experts, as well as all Rule 702 and 703 testimony, by **5 PM ON AUGUST 21, 2014**. Each side will please also file responses to the other side's motions *in limine* by **5 PM ON AUGUST 28, 2014**. Please try to limit these responses to no more than **FIVE PAGES**.

Additionally, the undersigned judge has reviewed the motion *in limine* filed by defendants Cesar Castellanos, Ruben Alejandro Quiroz, and David Andrew Martinez (Dkt. No. 172). Regarding their request to strike the "introductory allegations" of the second superceding indictment, it remains unclear whether the parties wish to give the indictment to the jury. All counsel will please file a statement indicating whether (a) the entire indictment should be sent to the jury; (b) the indictment, in redacted form, should be sent to the jury; or (c) the undersigned

judge would read a sanitized version of the indictment to the jury. Please file this statement by **5 PM ON AUGUST 28, 2014**.

**IT IS SO ORDERED.**

Dated: August 20, 2014.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE