United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAVID ANDREW MARTINEZ,
RUBEN ALEJANDRO QUIROZ,
CESAR CASTELLANOS, and
SAMUEL TEWOLDE,

    Defendants.

No. CR 13-00794 WHA

**ORDER RE MOTION TO DISCLOSE CONFIDENTIAL INFORMANTS**

For the reasons stated at the hearing on September 2 2014, the motion to disclose confidential informants and to hold an evidentiary hearing in connection thereto (Dkt. No. 130) is **GRANTED TO THE FOLLOWING EXTENT AND OTHERWISE DENIED**. As stated at the September 2 hearing, the government is **ORDERED** to turn over the aforementioned materials — in unredacted form — to defense counsel **SIX WEEKS BEFORE TRIAL**. The defense counsel and their investigators may then use those materials to inquire about the government's sources, *but defense counsel and their investigators must not disclose to interviewees or anyone else that any particular individual has or is cooperating or testifying for the government*.

Defense counsel may disclose the identities of the sources and informants to defendants **THREE WEEKS BEFORE TRIAL**. While the government has not yet requested a protective order in connection with the aforementioned materials, the Court will consider such a request if the government wishes, but such a request should not be used as a basis for delay.

**IT IS SO ORDERED.**

Dated: September 4, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE