IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAVID ANDREW MARTINEZ,
RUBEN ALEJANDRO QUIROZ,
CESAR CASTELLANOS, and
SAMUEL TEWOLDE,

    Defendants.

No. CR 13-00794 WHA

**SECOND ORDER RE UPCOMING *DAUBERT* HEARINGS**

Due to the parties' stipulation dated October 3, 2014 (Dkt. No. 209), the undersigned judge rescheduled the *Daubert* hearing on the government's gang experts from October 8, 2014, to November 4, 2014, with a possible further *Daubert* hearing on November 5, 2014, as needed.

To date, the November 4 and 5 *Daubert* hearings are moving forward as scheduled. Accordingly, in preparation thereof, the government will please submit its detailed Rule 16 disclosures by no later than **5 PM ON OCTOBER 31, 2014**.

**IT IS SO ORDERED.**

Dated: October 28, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE