IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ANDREW MARTINEZ,
RUBEN ALEJANDRO QUIROZ,
CESAR CASTELLANOS, and
SAMUEL TEWOLDE,

    Defendants.

No. CR 13-00794 WHA

**ORDER RE REQUEST TO RESPOND**

On December 4, 2014, counsel for David Martinez filed a motion requesting to respond to the government's November 26, 2014, memorandum. More than a week has passed since the government submitted its memorandum and defense counsel should have filed its request much sooner.

Defense counsel shall have until **DECEMBER 8, 2014, AT 5:00 P.M.** to respond to the government's memorandum. Extensions are unlikely to be granted.

**IT IS SO ORDERED.**

Dated: December 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE