1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  DAMALI TAYLOR (CABN 262489)
   Assistant United States Attorney

5

6  MARC PRICE WOLF (CABN 254495)
   Special Assistant United States Attorney

7

8      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7200
9      FAX: (415) 436-7234
       damali.taylor@usdoj.gov; marc.wolf@usdoj.gov

10

   Attorneys for the United States of America

11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

   UNITED STATES OF AMERICA,          )  Case No: CR 13-0794 WHA
16                                     )
        v.                            )  NOTICE RE SETTLEMENT AND [~~PROPOSED~~]
17                                     )  ORDER RE BRIEFING SCHEDULE
   DAVID MARTINEZ, *et al.*,          )
18                                     )
        Defendants.                    )
19                                     )
                                       )
20                                     )
                                       )
21  _____)

22

23      The government files this document to notify the Court of the potential resolution in this case.

24  The parties are negotiating plea agreements with the objective of entering their changes of pleas next

25  week (depending on the Court's and the parties' availability).  The parties will advise the Court as soon

26  as a resolution is reached.

27      Once the defendants change their pleas, the pending motions will be moot.  Accordingly, the

28  parties request that the briefing scheduling regarding the *Daubert* hearing be altered slightly.  The

NOTICE RE IMPENDING SETTLEMENT AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE
CR 13-0794 WHA

1    parties request that the deadline for the government's response regarding the *Daubert* hearing be

2    extended from December 12, 2014 to December 19, 2014.

3          IT IS SO STIPULATED.

4

5    DATED: December 10, 2014                    Respectfully submitted,

6                                                MELINDA HAAG
                                                 United States Attorney
7
                                                 _____/s/_____
8                                                MARC PRICE WOLF
                                                 DAMALI TAYLOR
9                                                Attorneys for the United States of America

10

11                                               _____/s/_____
                                                 MARTIN SABELLI
12                                               Counsel for Defendant David Martinez

13

14
                                                 _____/s/_____
15                                               DORON WEINBERG
                                                 Counsel for Defendant Samuel Tewolde
16

17
                                                 _____/s/_____
18                                               GEORGE BOISSEAU
                                                 Counsel for Defendant Cesar Castellanos
19

20

21                                               _____/s/_____
                                                 DENA YOUNG
22                                               Counsel for Defendant Ruben Quiroz

23

24

25          IT IS SO ORDERED.

26
     DATED:  December 10, 2014.              _____
27                                               THE HON. WILLIAM ALSUP
                                                 United States District Judge
28

NOTICE RE IMPENDING SETTLEMENT AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE
CR 13-0794 WHA