1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DAMALI TAYLOR (CABN 262489)
   Assistant United States Attorney
5
   MARC PRICE WOLF (CABN 254495)
6  Special Assistant United States Attorney

7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
9       FAX: (415) 436-7234
        damali.taylor@usdoj.gov; marc.wolf@usdoj.gov
10
   Attorneys for the United States of America
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                               SAN FRANCISCO DIVISION

15
   UNITED STATES OF AMERICA,            ) Case No: CR 13-0794 WHA
16                                      )
       v.                               ) STIPULATION AND [PROPOSED] ORDER RE
17                                      ) BRIEFING SCHEDULE
   DAVID MARTINEZ, *et al.*,            )
18                                      )
       Defendants.                      )
19                                      )
                                        )
20                                      )
                                        )
21 _____     )

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
CR 13-0794 WHA

1  The parties stipulate that the deadline for the government's response regarding the *Daubert*
2  hearing be extended from December 19, 2014 to December 30, 2014.

4  DATED: December 21, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MARC PRICE WOLF
DAMALI TAYLOR
Attorneys for the United States of America

IT IS SO ORDERED.

DATED:  December 22, 2014.

THE HON. WILLIAM ALSUP
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
CR 13-0794 WHA