**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAVID MARTINEZ, *et al.*,

    Defendant.

/

No. CR 13-00794 WHA

**REQUEST FOR STATUS UPDATE**

    On December 10, 2014, the parties submitted notice of the potential resolution of the case and asked that the deadline for the government's response regarding the *Daubert* hearing be extended one week. After that deadline passed, the parties filed another stipulation requesting that the deadline be extended further. The Court requests that the parties submit a joint update regarding the status of the potential resolution and potential plea agreements in this case by **NOON ON DECEMBER 30, 2014**.

    **IT IS SO ORDERED.**

Dated: December 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE