IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAVID MARTINEZ, et al.,

    Defendant.

No. CR 13-00794 WHA

**NOTICE RE NO MORE EXTENSIONS**

The Court was told that the parties were on the verge of a plea deal and that was the only reason relief from the pre-trial schedule was given. No plea deal has been forthcoming. The Court is looking forward to the parties' response next Tuesday. Be aware that if a firm commitment is not made on Tuesday to plead out by a very near and certain date, the Court intends to stand by the remainder of the pre-trial schedule without further extensions.

**IT IS SO ORDERED.**

Dated: December 24, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE