IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAVID MARTINEZ, et al.,

    Defendant.

No. CR 13-00794 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

On **JANUARY 6, 2015, AT 11 A.M.** the parties shall appear for a case management conference. The parties shall submit an agreed upon statement of the outstanding tasks that still need to be completed before trial by **5 P.M. ON JANUARY 5, 2015.** The December 30 deadline for the government to respond to defendants' *Daubert* motion will remain in place. This order does not change any other deadlines.

The previous filings in this case led the Court to believe that the case would settle. Based on today's filings, the government has known that the case would not settle for six days, and did not inform the Court. In the meantime, in reliance on the representation that this case would settle, the Court scheduled another criminal trial to begin on March 2. This puts pressure on the March 16 trial date in this case. The Court will do the best that it can, but the March 16 trial date may slip by a few days. It will not, however, slip any further than that, and it has not slipped yet.

**IT IS SO ORDERED.**

Dated: December 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE