IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0794-01 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DAVID ANDREW MARTINEZ, | |
| Defendant. | |

Defendant, represented by counsel, has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. See 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within **SEVENTY-FIVE DAYS** after the Section 2255 motion was filed why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. If the government opposes the motion, defendant shall have **FORTY-FIVE DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: June 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE