IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID ANDREW MARTINEZ,<br><br>  Defendant. | No.  CR 13-00794-001-WHA<br><br>**ORDER FILING UNDER SEAL** |

For good cause shown, the Presentence Report referenced in defense counsel's declaration in support of the Motion to File Presentence Report Under Seal shall be filed under seal.

IT IS SO ORDERED.

  June 30, 2016.   
  DATED

/s/ William Alsup
William Alsup
United States District Judge

CR 13-00794-001 WHA
DECL., MOT. & ORD FILING UNDER SEAL