IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ANDREW MARTINEZ,<br><br>Defendant. | No. CR 13-00794-001 WHA<br><br>[~~PROPOSED~~] ORDER VACATING ORDER TO SHOW CAUSE AND BRIEFING SCHEDULE FOR 28 U.S.C. § 2255 MOTION |

In light of David Andrew Martinez's voluntary dismissal of his Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, the Order to Show Cause and briefing schedule issued on June 30, 2016 (Dkt. 339) are hereby VACATED.

IT IS SO ORDERED.

　July 14, 2016.　　　　　　　　　　　/s/ William Alsup
DATED　　　　　　　　　　　　　　　William Alsup
　　　　　　　　　　　　　　　　　　United States District Judge

[~~PROPOSED~~] ORDER VACATING ORDER TO SHOW CAUSE AND BRIEFING SCHEDULE
CR 13-00794-001 WHA